UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

LEIGH-ANN WISEMAN JOHNSON

CASE NO. 20-21437
CHAPTER 13
HONORABLE DANIEL S. OPPERMAN

Debtor
_____/

TODD H. NYE (P59301)
Attorney for Debtor
THE NYE LAW OFFICE
10393 S. Merrio Rd.
Roscommon, MI 48653
(989) 281-1437
------------------------------
LINDA M. McGRAIL (P55732)
Attorney for Lance Johnson
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1174
(586) 726-1000
_____/

**PROOF OF SERVICE**

LINDA M. McGRAIL, being duly sworn, says that on the 9th day of June, 2021, a copy of the Objection of Lance Johnson to the Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Thomas W. McDonald, Jr. | Todd H. Nye |
| Chapter 13 Trustee | Attorney for Debtor |
| 3144 Davenport Avenue | 10393 S. Merrio Rd. |
| Saginaw, MI 48602 | Roscommon, MI 48653 |
| (989) 792-6766 | (989) 281-1437 |

electronically pursuant to the court notice service, and to those not electronically registered by placing documents in envelopes, correctly addressed and placing same in the United State Mail with postage prepaid.

O'REILLY RANCILIO P.C.

/s/ Brian C. Grant
LINDA M. McGRAIL (P55732)
BRIAN C. GRANT (P71066)
Attorneys for Lance Johnson
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
(586) 726-1000

Dated: June 9, 2021